ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 10 2026
CLERK, U.S. DISTRICT COURT
By ________ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

MOISES ANWAR ARELLANO-ALBA (01)

Case No. 3-26CR-591-S

# INDICTMENT

The Grand Jury Charges:

## Introduction

1. Defendant **Moises Anwar Arellano-Alba** was born in Mexico and is a citizen of that country. He has no legal status to reside in the United States, and he has been living illegally in the Dallas, Texas area since at least early 2023.

2. On or about March 22, 2023, **Arellano-Alba** registered to vote in Dallas County under the name "Anwar Alba" using a Texas Voter Registration Application. At the top of this form, there is a qualification list that states "You must be a citizen of the United States" to register to vote. Further down on the form he signed his name affirming (1) that he understood that "giving false information to procure a voter registration is perjury, and a crime under state and federal law" and (2) that he was "a resident of this county and a U.S. citizen."

3. Based on the information **Arellano-Alba** provided in his application, including his false statement that he was a United States citizen, **Arellano-Alba's**

application to register to vote was accepted, and he was successfully registered to vote in the State of Texas.

4. On or about October 28, 2024, **Arellano-Alba** voted early in person for the November 5, 2024 general and special elections. He cast his ballot at the Fretz Park Library in Dallas, Texas. The 2024 general election included an election for the offices of President of the United States, Vice President of the United States, Presidential Elector, Member of the Senate, and Member of the House of Representatives.

5. Paragraphs 1 through 4 are incorporated in each Count of this Indictment.

***[Remainder of page intentionally left blank]***

Count One
Voting by an Alien in a Federal Election
(Violation of 18 U.S.C. § 611)

On or about October 28, 2024, in the Dallas Division of the Northern District of Texas, the defendant, **Moises Anwar Arellano-Alba**, an alien, knowing that he was not a United States citizen, voted in an election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential Elector, Member of the Senate, and Member of the House of Representatives.

In violation of 18 U.S.C. § 611.

Count Two
False Statements of Citizenship in Order to Register to Vote
(Violation of 18 U.S.C. § 1015(f))

On or about March 22, 2023, in the Dallas Division of the Northern District of Texas, the defendant, **Moises Anwar Arellano-Alba**, an alien, knowing that he was not a United States citizen, knowingly made a false statement or claim that he was a citizen of the United States in order to register to vote in a Federal, State, and Local election.

In violation of 18 U.S.C. § 1015(f).

A TRUE BILL.

FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

Matthew Capoccia
Assistant United States Attorney
Texas State Bar No. 24121526
801 Cherry Street, Unit #4
Fort Worth, TX 76102
Tel: (817) 252-5200
Fax: (817) 252-5455
Email: matthew.capoccia@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

MOISES ANWAR ARELLANO-ALBA (01)

---

INDICTMENT

18 U.S.C. § 611
Voting by an Alien in a Federal Election
Count 1

18 U.S.C. § 1015(f)
False Statements of Citizenship in Order to Vote
Count 2

---

A true bill rendered:

FORT WORTH FOREPERSON

Filed in open court this 10th day of September, 2026.

**Warrant to issue.**

UNITED STATES MAGISTRATE JUDGE
No Pending Criminal Matter